**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 FEB -2 I A 7: 56

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**UNITED STATES OF AMERICA**

v.                                                    Case No.: 3:05-cr-52-J-99MMH

**THOMAS D. KING**
a/k/a Tom King.

_____/

**ORDER**

Before the Court are Defendant's Motion in Limine Regarding Whether Regency was a Legitimate Company (Doc. No. 136, filed January 30, 2006) and Defendant's Motion to Refer to Defendant as Mr. King throughout Trial Proceedings (Doc. No. 139, filed January 31, 2006), both of which are **DENIED**.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of February, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Curtis S. Fallgatter, Esq.
Mark B. Devereaux, AUSA
Susan H. Raab, AUSA